United States District Court
Southern District of Texas
**ENTERED**
August 05, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIZZIE FOREMAN, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-15-1961 |
| | § | |
| CAROLYN W. COLVIN, | § | |
| ACTING COMMISSIONER OF THE | § | |
| SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
| *Defendant*. | § | |

# ORDER

Pending before the court is the Magistrate Judge's memorandum and recommendation ("M&R") recommending that the court remand this case to the Commissioner of Social Security for further consideration consistent with the Magistrate Judge's opinion. Dkt. 19. Neither party filed objections to the M&R. Having considered the M&R, related documents, and the applicable law, the court is of the opinion that there is no clear error and that the M&R should be adopted and this case remanded to the Commissioner. *See* Fed. R. Civ. P. 72, Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Accordingly, the M&R (Dkt. 19) is **ADOPTED IN FULL**. The court, consistent with the Magistrate Judge's recommendation, **GRANTS** summary judgment in favor of plaintiff Kizzie Foreman. The judgment of Commissioner is **REVERSED**. This case is **REMANDED** to the Commissioner of Social Security for further consideration in light of the reasoning set forth in the Magistrate Judge's M&R.

Signed at Houston, Texas on August 5, 2016.

_____
Gray H. Miller
United States District Judge